IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br>Plaintiff,<br><br>vs.<br><br>GEIR VIDAR PLEYM, ROGER GULDAHL, ANNE LIV DALE, FREDRIK SKJOLDT, ROBERT ULVBERGET, STIAN ALEXANDER KARLSEN, PIA FORE, KNUT FORE, FREDRIK HARALD SKJOLDT, MORTEN SKAAR, CMS HUSET AS, ODD STEINAR NORDLIEN, ANNE-METT HELLAND, and VITA-MIN AS,<br>Defendants. | Civil Action No. 3:15-cv-81 |

**THIS MATTER** comes before the Court on the Receiver's Motion for Default Judgment against Defendants Anne-Mett Helland and Vita-min AS (collectively "Defendants"). The Court finds that default was properly entered against Defendants by the Clerk of this Court under Federal Rule of Civil Procedure 55(a) after Defendants failed to plead or otherwise defend. Further, the Court finds that the letter from Defendant Helland subsequently sent to Receiver's counsel does not constitute a proper answer or Rule 12 motion under the Federal Rules of Civil Procedure. Accordingly, pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court will grant the Motion and enter Judgment against Defendants for the full amount of Defendants' net winnings plus interest.

**IT IS, THEREFORE, ORDERED** that the Receiver's Motion for Default Judgment against Defendants Anne-Mett Helland and Vita-min AS is hereby **GRANTED** and **JUDGMENT** is entered against Defendants in the amount of $68,722.24.

**SO ORDERED**.

Signed: April 1, 2016

Graham C. Mullen
United States District Judge